01
02
03
04
05
06               UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
07                        AT SEATTLE

08  UNITED STATES OF AMERICA,       )   CASE NO. CR10-5104
                                    )
09           Plaintiff,              )
                                    )
10      v.                          )
                                    )   DETENTION ORDER
11  ADAM M. SMITH,                  )
                                    )
12           Defendant.              )
    _____ )
13

14  <u>Offense charged</u>:    Driving While License Suspended in the Second Degree

15  <u>Date of Detention Hearing</u>:    August 27, 2010

16      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds
18  that no condition or combination of conditions which defendant can meet will reasonably assure
19  the appearance of defendant as required and the safety of other persons and the community.

20           <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21      (1)   Defendant is before this Court on a Writ of Habeas Corpus ad Prosequendum. His
22  earliest release date from state custody is 2012.

(2) Because defendant would otherwise be remanded to state custody if not held by this Court, there does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of August, 2010.

Mary Alice Theiler
United States Magistrate Judge